**Opinion issued December 6, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00543-CV

———————————

**LAWRENCE EDWARD THOMPSON, Appellant**

**V.**

**ADRIAN GARCIA, Appellee**

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Case No. 2014-64063**

---

## MEMORANDUM OPINION

Appellant, Lawrence Edward Thompson, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5 (requiring payment of fees in civil cases unless indigent); TEX. R. APP. P. 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE §§

51.207, 51.941(a), 101.041 (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015) (listing fees in court of appeals). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal of case).

We dismiss the appeal for nonpayment of all required fees.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Massengale, Brown, and Huddle.